IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD WHITT | ) |
| | ) |
| v. | ) No. 3-12-0241 |
| | ) |
| CITY OF GREENBRIER, TENNESSEE; | ) |
| BILLY WILSON; and ROBERTSON | ) |
| COUNTY, TENNESSEE[1] | ) |

O R D E R

As addressed during the telephone conference call with counsel for the parties and the Court on July 16, 2013, and as provided in the order entered July 17, 2013 (Docket Entry No. 13), the parties agreed that they would file a joint motion to administratively close this case by July 19, 2013.

No such motion has been filed.

Therefore, counsel for the parties shall convene another telephone conference call on **Friday, August 2, 2013, at 2:00 p.m.,** to be initiated by counsel for defendant Wilson, to address the status of the case.

If this time and date present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed on November 15, 2012 (Docket Entry No. 21), and order entered November 16, 2012 (Docket Entry No. 22), the plaintiff's claims against defendant Robertson County, Tennessee were dismissed with prejudice.